JOHN GRADY, Respondent, *v.* NATIONAL CONDUIT AND CABLE COMPANY, Appellant.

*Grady* v. *National Conduit & Cable Co.*, 158 App. Div. 948, affirmed.

(Argued October 25, 1915; decided November 16, 1915.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The action is at common law, the plaintiff alleging that the defendant provided him with an improper scaffold upon which to work, and that a board of such scaffold fell from its support while the plaintiff was standing thereon, causing him to fall and sustain injuries. Defendant claims that the evidence shows that this alleged scaffold was one plank placed by his fellow-workman, one end on a part of the building in which he was working and the other end on a window sill of that building.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Michael J. Tierney, Frederick T. Burns* and *Charles C. Fenno* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.